# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,** | CASE NO.: 22CR1228-W |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| **Plutarco Serafin Navarro,** | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Status Hearing currently set for February 6, 2023 be continued to March 20, 2023, at 9:00 a.m. It is further ordered that the time between February 6, 2023, and March 20, 2023, is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A).

**SO ORDERED.**

Dated: 2/2/23

Honorable Thomas J. Whelan
United States District Judge